CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AUG 25 2021

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

JEANNIE R. BARTLEY, )
    Plaintiff, )
)
v. )  Civil Action No. 2:21-cv-00002
)
KILOLO KIJAKAZI, )
ACTING COMMISSIONER OF )
SOCIAL SECURITY, )
    Defendant. )  [FILED Via ECF]

## JUDGMENT ORDER

AND NOW, this **25** day of **August**, 2021, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

_____ J.